UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Robin D. Williams,

Debtor.

Case No.: _____18-32066-ABA_____

Adv. No.: _____

Chapter:                13

Hearing Date: _____1/12/2021_____

Judge: _____Altenburg_____

## ADJOURNMENT REQUEST FOR CHAPTER 13

1.      I, _____Denise Carlon, Esq._____,

   ☒      am the attorney for: _____MidFirst Bank_____

   ☐      am self-represented

   Phone number: _____201-549-2363_____

   Email address: ____dcarlon@kmllawgroup.com____

2.      I request an adjournment of the following hearing:

   Matter: _____Secured Creditor's Motion for Relief (Docket # 64)_____

   Current hearing date and time: _____1/12/21 @ 10:00 a.m._____

   New date requested: _____1/26/21 @ 10:00 a.m._____

   Reason for adjournment request: __To allow the parties time to amicably resolve the issues__

   _at hand._____

3.      I request an adjournment of confirmation:

Current confirmation date and time: _____

New date requested: _____

Reason for adjournment request: _____

_____

Confirmation has been adjourned _____ previous times

Trustee payments are current through _____

The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4.      Consent to adjournment:

☒  I have the consent of all parties.      ☐  I do not have the consent of all parties (explain

below):  _____

_____

_____

I certify under penalty of perjury that the foregoing is true.

Date: _1/07/2021_____          _/s/ Denise Carlon_____
                                                                        Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT
REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒  Granted          New hearing date: _____1/26/21  at 10 am_____          ☐  Peremptory

☐  Granted over objection(s)   New hearing date: _____          ☐  Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic
filers of the new hearing date.**

*rev.10/1/15*

2