Form cscnodsc − ntccsclsnodis

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 18−32066−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robin D. Williams
   306 Rutter Ave.
   Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−3077

Employer's Tax I.D. No.:

---

**NOTICE OF CASE CLOSED WITHOUT DISCHARGE**

   All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☐   Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423)
     proving compliance with the instructional course requirement for discharge.

☐   Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423)
     proving compliance with the instructional course requirement for discharge.

☐   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations
     due have been paid.

☐   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations
     due have been paid.

☐   Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case
     commenced within 8 years before the date of the filing of the petition.

☐   Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a
     case commenced within 8 years before the date of the filing of the petition.

☑   Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during
     the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy
     Code during the 2 year period preceding the date of the petition.

☐   Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy
     Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13
     of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the
     Bankruptcy Code.

☐    An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: December 9, 2022
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 18-32066-ABA
Robin D. Williams                                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                      User: admin                      Page 1 of 3
Date Rcvd: Dec 09, 2022            Form ID: cscnodsc            Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++               Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robin D. Williams, 306 Rutter Ave., Egg Harbor Township, NJ 08234-5449 |
| aty | + | Phelan Hallianan Diamond & Jones, 400 Fellowship Rd, Mt. Laurel, NJ 08054-3437 |
| cr | + | PHH MORTGAGE CORPORATION, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | PHH MORTGAGE CORPORATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518834501 | | MIDFIRST BANK, KML Law Group PC, Sentry Office Plaza, 216 Haddon Avenue, Suite 206, Westmont, NJ 08108 |
| 517902254 | + | Navient Solutions, LLC. on behalf of, NJHEAA, PO BOX 548, Trenton, NJ 08625-0548 |
| 517857154 | + | PHH Mortgage Corporation, Phelan Hallinan & Diamond PC, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 517857156 | + | Summit Collection Serv, 50 N Franklin Tpke Ste 5, Ho Ho Kus, NJ 07423-1562 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 09 2022 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 09 2022 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: BKEBN-Notifications@ocwen.com | Dec 09 2022 21:12:00 | PHH Mortgage Corportion, 1 Mortgage Way, Mt. Laurel, NJ 08054-4624 |
| 517857147 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 09 2022 21:11:08 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517857148 | + | Email/PDF: pa_dc_ed@navient.com | Dec 09 2022 21:11:30 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 517857150 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 09 2022 21:13:00 | Genesis Bc/celtic Bank, Attn: Bankruptcy, 268 South State Street Ste 300, Salt Lake City, UT 84111-5314 |
| 517857149 | | Email/Text: bnc-bluestem@quantum3group.com | Dec 09 2022 21:13:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 518897359 | | Email/Text: legaldivision@kheaa.com | Dec 09 2022 21:12:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518897360 | | Email/Text: legaldivision@kheaa.com | Dec 09 2022 21:12:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 517921042 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2022 21:11:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517917722 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 09 2022 21:11:27 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517857151 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 09 2022 21:11:16 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |

Case 18-32066-ABA   Doc 85   Filed 12/11/22   Entered 12/12/22 00:18:28   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 09, 2022 | Form ID: cscnodsc | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518694081 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 09 2022 21:11:16 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 518694080 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 09 2022 21:11:15 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 517857152 | + | Email/PDF: pa_dc_claims@navient.com | Dec 09 2022 21:11:08 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 517970012 | | Email/PDF: pa_dc_ed@navient.com | Dec 09 2022 21:11:09 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 517857153 | + | Email/PDF: cbp@onemainfinancial.com | Dec 09 2022 21:11:04 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 517942344 | + | Email/Text: BKEBN-Notifications@ocwen.com | Dec 09 2022 21:12:00 | PHH Mortgage Corporation, One Mortgage Way Mail Stop SV01, Mt. Laurel, New Jersey 08054-4637 |
| 517857155 | + | Email/Text: BKEBN-Notifications@ocwen.com | Dec 09 2022 21:12:00 | PHH Mortgage Corporation, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 518640748 | + | Email/Text: BKEBN-Notifications@ocwen.com | Dec 09 2022 21:12:00 | PHH Mortgage Corporation, Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 518640751 | + | Email/Text: BKEBN-Notifications@ocwen.com | Dec 09 2022 21:12:00 | Pingora Loan Servicing LLC, c/o PHH Mortgage Corporation, Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 518640752 | + | Email/Text: BKEBN-Notifications@ocwen.com | Dec 09 2022 21:12:00 | Pingora Loan Servicing LLC, c/o PHH Mortgage Corporation, Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416, Pingora Loan Servicing LLC 33416-4605 |
| 517934653 | | Email/Text: bnc-quantum@quantum3group.com | Dec 09 2022 21:13:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517858899 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 09 2022 21:11:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517857157 | | Email/Text: tidewaterlegalebn@twcs.com | Dec 09 2022 21:12:00 | Tidewater Finance Co, Attn: Bankruptcy, 6520 Indian River Rd, Virginia Beach, VA 23464 |
| 517878402 | | Email/Text: tidewaterlegalebn@twcs.com | Dec 09 2022 21:12:00 | Tidewater Finance Company, P.O. Box 13306, Chesapeake, VA 23325 |
| 517879297 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 09 2022 21:11:16 | U.S. Dept of Housing & Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 517857158 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 09 2022 21:11:07 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518897361 | *P++ | KHEAA, ATTN MILES F JUSTICE, 100 AIRPORT RD, FRANKFORT KY 40601-6161, address filed with court:, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518897362 | *P++ | KHEAA, ATTN MILES F JUSTICE, 100 AIRPORT RD, FRANKFORT KY 40601-6161, address filed with court:, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518640750 | *+ | PHH Mortgage Corporation, Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Dec 09, 2022 | Form ID: cscnodsc | Total Noticed: 36

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 11, 2022          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Pingora Loan Servicing  LLC hkaplan@rasnj.com, kimwilson@raslg.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Nicholas V. Rogers | on behalf of Creditor PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren D. Levy | on behalf of Debtor Robin D. Williams atruss@keaveneylegalgroup.com r46514@notify.bestcase.com;3295273420@filings.docketbird.com;casedriverecf@casedriver.com;atruss@KeaveneyLegalGroup.com;ccassie@KeaveneyLegalGroup.com;kmasker@KeaveneyLegalGroup.com |

TOTAL: 7